UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X

QUEZADA, Individually, and On
Behalf of All Others Similarly Situated,

                              Plaintiff,

          -v-

WOLF 1834,

                              Defendant.

-----------------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/10/2022
```

22-cv-04546 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

        The Court has been informed that the parties have reached a settlement in principle in this

case.  Dkt. No. 11.  Accordingly, it is hereby ORDERED that this action is DISMISSED without

costs and without prejudice to restoring the action to the Court's calendar, provided the

application to restore the action is made within thirty (30) days of this Order.  Any application to

reopen filed after thirty (30) days from the date of this Order may be denied solely on that basis.

Any pending motions are DISMISSED as moot, and all conferences and deadlines are

CANCELLED.


        SO ORDERED.

Dated: August 10, 2022
       New York, New York                           _____
                                                          LEWIS J. LIMAN
                                                    United States District Judge